**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

---

IAN HUDSON,

Plaintiff,

vs.

TRANSUNION LLC,

Defendant.

CASE NO. 1:26-cv

---

**TRANS UNION LLC'S NOTICE OF REMOVAL**

---

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union LLC ("Trans Union") hereby removes the subject action from the Justice of the Peace Court of the State of Delaware in and for Sussex County Court No. 17, to the United States District Court for the District of Delaware, on the following grounds:

1. Plaintiff Ian Hudson served Trans Union on or about July 22, 2026, with a Summons and Complaint filed in the Justice of the Peace Court of the State of Delaware in and for Sussex County Court No. 17. Copies of the Summons and Complaint are attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A** and **Exhibit B**. No other process, pleadings or orders have been served on Trans Union.

2. Federal jurisdiction exists when it appears that the plaintiff's "'claim is really one of federal law.'" *See Mark v. Ga. Receivables, Inc.*, No. 07-CV-1222, 2008 WL 755290 (S.D. Ohio Mar. 18, 2008) (quoting *Franchise Tax Bd. v. Constr. Laborers Vacation Tr.*, 463 U.S. 1, 13 (1983)). A "state cause of action is 'really' a federal cause of action which may be removed to federal court if the 'federal cause of action completely preempts . . . [the] state cause of action."

*Goepel v. Nat'l Postal Mail Handlers Union*, 36 F.3d 306, 310 (3d Cir. 1994) (quoting *Franchise Tax Bd.,* 463 U.S. at 24).

3. Here, Plaintiff is a "consumer" and Trans Union is a "consumer reporting agency" as those terms are defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). Plaintiff alleges that Trans Union violated the FCRA by "verif[ying] inaccurate credit information . . . without conducting a reasonable investigation . . ." *See* Complaint at 1. These claims and allegations clearly, "come[ ] within the scope of [§§ 1681e(b) and 1681i of the FCRA]." *See Beneficial National Bank*, 539 U.S. 1, 8 (2003). Therefore, Plaintiff's claims and allegations implicate the FCRA. *See* FCRA §§ 1681e(b) and 1681i

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

5. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Justice of the Peace Court of the State of Delaware in and for Sussex County Court No. 17, to the United States District Court for the District of Delaware.

6. Notice of this removal will promptly be filed with the Justice of the Peace Court of the State of Delaware in and for Sussex County Court No. 17 and served upon all adverse parties.

WHEREFORE, Defendant Trans Union LLC, by counsel, removes the subject action from the Justice of the Peace Court of the State of Delaware in and for Sussex County Court No. 17 to this United States District Court, District of Delaware.

Date: August 5, 2026

Respectfully submitted,

*/s/ Blake A. Bennett*

Blake A. Bennett (#5133)
Cooch and Taylor, P.A.
1000 N. West St., Suite 1500
Wilmington, DE 19801
Telephone: (302) 984-3800
E-Mail: bbennett@coochtaylor.com

*Counsel for Defendant Trans Union LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **5th day of August, 2026**, properly addressed as follows:

| | |
|---|---|
| **Pro Se Plaintiff**<br>Ian Hudson<br>10 West Jewell Street<br>Delmar, DE 19940 | |

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)