# EXHIBIT A

# JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
# IN AND FOR SUSSEX COUNTY
# COURT NO. 17

**COURT ADDRESS:**
**23730 SHORTLY ROAD**
**GEORGETOWN DE 19947**

**CIVIL ACTION NO: JP17-25-008563**

**IAN HUDSON VS TRANSUNION LLC**

**SYSTEM ID: @4256418**
**TRANSUNION LLC C/O CORPORATION SERVICE COMPANY**
**251 LITTLE FALLS DR**
**WILMINGTON DE 19808**

RECEIVED
JUSTICE OF THE PEACE
2026 JUL 20 P

## SUMMONS

**TO THE DEFENDANT(S):**
You, the defendant, are summoned to answer the Plaintiff's claims against you as stated on the attached Complaint.

Within 15 days after you receive this summons, excluding the day you receive it, you must complete and return the enclosed Answer to the complaint to the above-named Justice of the Peace Court.

Failure to file an Answer may result in a default judgment being entered against you and may result in the plaintiff attaching your wages or attaching and selling your personal property to satisfy the judgment.

**IT IS SO ORDERED** this 17th day of July, 2026.

Mary Lou
Court Official

**CONSTABLE NOTES:**____________________
**SERVED ON:**____________________(Date & Time)
**CONSTABLE:**____________________

- Persons with disabilities should contact the Court in writing as soon as possible, prior to trial, to request reasonable accommodations.
- Should you need an interpreter, including for hearing impairment, notify the Court in writing as soon as possible (preferably 14 days) prior to trial so the court can have an interpreter available for your hearing.
- Use of personal electronic devices in the courthouse is allowed. All visitors will be required to turn off/silence their device when in the courtroom
- **If you are a corporation (or other artificial entity or public body):** Only an attorney or a person designated in a Form 50 may represent you in JP court. YOU MAY OBTAIN A FORM 50 application from the Court's website at https://courts.delaware.gov/jpcourt (Click on Form 50) or any JP Court civil location.
- For court appropriate attire see https://courts.delaware.gov/jpcourt/attire.aspx.

VIEW YOUR CASE ONLINE: https://courtconnect.courts.delaware.gov

# JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
# IN AND FOR SUSSEX COUNTY
# COURT NO. 17

**COURT ADDRESS:**
**23730 SHORTLY ROAD**
**GEORGETOWN DE 19947**

**CIVIL ACTION NO: JP17-25-008563**

**IAN HUDSON VS TRANSUNION LLC**

**SYSTEM ID: @4256418**
**TRANSUNION LLC C/O CORPORATION SERVICE COMPANY**
**251 LITTLE FALLS DR**
**WILMINGTON DE 19808**

## SUMMONS

**TO THE DEFENDANT(S):**
You, the defendant, are summoned to answer the Plaintiff's claims against you as stated on the attached Complaint.

Within 15 days after you receive this summons, excluding the day you receive it, you must complete and return the enclosed Answer to the complaint to the above-named Justice of the Peace Court.

Failure to file an Answer may result in a default judgment being entered against you and may result in the plaintiff attaching your wages or attaching and selling your personal property to satisfy the judgment.

**IT IS SO ORDERED** this 17th day of July, 2026.

Mary Lou
Court Official

**CONSTABLE NOTES:** ______________________________
**SERVED ON:** ______________________________ (Date & Time)
**CONSTABLE:** ______________________________

- Persons with disabilities should contact the Court in writing as soon as possible, prior to trial, to request reasonable accommodations.
- Should you need an interpreter, including for hearing impairment, notify the Court in writing as soon as possible (preferably 14 days) prior to trial so the court can have an interpreter available for your hearing.
- Use of personal electronic devices in the courthouse is allowed. All visitors will be required to turn off/silence their device when in the courtroom
- **If you are a corporation (or other artificial entity or public body):** Only an attorney or a person designated in a Form 50 may represent you in JP court. YOU MAY OBTAIN A FORM 50 application from the Court's website at https://courts.delaware.gov/jpcourt (Click on Form 50) or any JP Court civil location.
- For court appropriate attire see https://courts.delaware.gov/jpcourt/attire.aspx.

VIEW YOUR CASE ONLINE: https://courtconnect.courts.delaware.gov

# JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
# IN AND FOR SUSSEX COUNTY
# COURT NO. 17

**COURT ADDRESS:**
**23730 SHORTLY ROAD**
**GEORGETOWN DE 19947**

**CIVIL ACTION NO: JP17-25-008563**

**IAN HUDSON, PLAINTIFF**
**VS**
**TRANSUNION LLC, DEENDANT**

**Plaintiff Parties:**
PLAINTIFF
SYSTEM ID: @4254408
IAN HUDSON
10 WEST JEWELL ST
DELMAR, DE 19940

**Defendant Parties:**
DEFENDANT
SYSTEM ID: @4256418
TRANSUNION LLC C/O CORPORATION SERVICE COMPANY
251 LITTLE FALLS DR
WILMINGTON, DE 19808

**Other Case Parties:**

# JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
# IN AND FOR SUSSEX COUNTY
# COURT NO. 17

**COURT ADDRESS:**
**23730 SHORTLY ROAD**
**GEORGETOWN DE 19947**

**CIVIL ACTION NO: JP17-25-008563**

**IAN HUDSON VS TRANSUNION LLC**

**SYSTEM ID: @4256418**
**TRANSUNION LLC C/O CORPORATION SERVICE COMPANY**
**251 LITTLE FALLS DR**
**WILMINGTON DE 19808**

## DEFENDANT'S ANSWER TO THE COMPLAINT

Check one:

| | |
|---|---|
| ☐ | I **ADMIT** that I owe the debt or claim in the Complaint and DO NOT want a trial. (This means that you agree to a judgment being entered against you for the amount claimed plus interest and costs. Any money owed should be paid directly to the Plaintiff. **You will be giving up your right to a trial and will not have a right to appeal your decision to admit this debt or claim.**) |
| ☐ | I WANT A **TRIAL**<br>☐ DEBT ACTIONS ONLY: In addition to a trial, I request that the Plaintiff provide me with a more detailed statement of the claim (Bill of Particulars). |

☐ **Interpreter Requested**

Language Needed ______________________________

DATED: ____________________

____________________ (Signature of Defendant)

____________________ (Defendant's Address/Phone No.)

____________________ (Defendant's Email address)

____________________ (Defendant's Attorney, if any)

____________________ (Attorney's Address/Phone No.)

____________________ (Attorney's Email Address)

**If you are a corporation (or other artificial entity or public body):**

- This Answer MUST be signed by an attorney or person designated by a Certificate of Representation (Form 50) for the corporation or entity prior to the filing of this Answer.
- Only an attorney or a person designated in a Form 50 may represent you in JP court.
- YOU MAY OBTAIN A FORM 50 and further information from the Court's website at https://courts.delaware.gov/jpcourt. (Click on Form 50) or, you may obtain a Form 50 from your nearest JP Civil Court.

Mail this completed form (Answer) to the Justice of the Peace Court at the address above as soon as possible. This signed document must be received by the Court within 15 days after the date you received it or a default judgment may be entered against you.

# CERTIFICATE OF REPRESENTATION FOR AN ARTIFICIAL ENTITY OR PUBLIC BODY IN CIVIL CASES IN THE JUSTICE OF THE PEACE COURT

This certification form **must** be completed by an officer of the artificial entity or public body as defined by Supreme Court Rule 57, notarized and the **original** forwarded to the **Chief Magistrate, 5 East Pine Street, Georgetown, Delaware 19947, along with the $20 annual fee**. Check or money order should be made payable to the **State of Delaware. eFilers are required to submit Form 50 applications via eFiling to the Chief Magistrate's office eFiling location.**

NAME OF ENTITY (please print): ______________________________ Co. ID # @__________ (if previously assigned)

TYPE OF ENTITY; YOU MUST CHECK ONE OF THESE TO BE ELIGIBLE TO USE RULE 57:

- ☐ DE Corporation
- ☐ DE Association
- ☐ DE Public Body
- ☐ DE Partnership
- ☐ DE Estate
- ☐ Foreign Entity, reg. in DE
- ☐ DE Limited Liability Co.
- ☐ DE Trust
- ☐ DE Entity with Registered Tradename or Title

NUMBER OF UNITS OWNED OR MANAGED BY THE ENTITY

______________________________

(OPTIONAL

MAILING ADDRESS

______________________________
Street Address

______________________________
City State Zip

______________________________
Telephone Email Address

APPOINTS______________________________ Agent No. FA__________(if previously assigned)
NAMED REPRESENTATIVE

The artificial entity or public body, through signature of an officer on this document, ratifies and confirms that the named representative is authorized to appear on its behalf in all matters before the Justice of the Peace Court, and agrees that it will be bound by the results of that representation. This certification makes the named representative of the artificial entity or public body an agent only for purposes of this representation. By filing a certification, the artificial entity or public body and its named representative are subject to the **sanctions** set forth in Justice of the Peace Court Rules for inappropriate actions.

The artificial entity/public body, through signature of an officer on this document, certifies and affirms:

(1) That the artificial entity/public body is in good standing.

(2) That the named representative has not been disbarred from, or is not currently under suspension or probation with respect to, the practice of law in any state or jurisdiction within the United States; and has not been convicted of a felony or a crime involving dishonesty or false statement in the ten (10) year period immediately prior to the appearance of the named representative in the Court; and has not been determined to have engaged in the unauthorized practice of law in this or any other jurisdiction; and is not an employee whose primary duty is to prosecute or defend Justice of the Peace Court civil actions; and has not had any prior authorization pursuant to this rule revoked by the Chief Magistrate.

(3)(a) That the **OFFICER** is **(CHECK ONE):**

- ☐ chief executive, president or chair
- ☐ vice-president or vice chair
- ☐ secretary or assistant secretary
- ☐ treasurer or assistant treasurer
- ☐ trustee of a trust
- ☐ executor or administrator of an estate
- ☐ general partner of a limited or general partnership
- ☐ manager or member of a limited liability company
- ☐ other officer who may bind the artificial entity (specify) ______________________________

**EXECUTED BY:**______________________________
Officer of Artificial Entity or Public Body

**NAME OF OFFICER (Printed):**______________________________

SWORN TO AND SUBSCRIBED before me this __________ day of______________________A.D. 20_____.

______________________________
Notary Public

(b) That the **NAMED REPRESENTATIVE** is **(CHECK ONE):**

- ☐ chief executive, president or chair
- ☐ vice-president or vice chair
- ☐ secretary or assistant secretary
- ☐ treasurer or assistant treasurer
- ☐ trustee of a trust
- ☐ executor or administrator of an estate
- ☐ general partner of a limited or general partnership
- ☐ manager or member of a limited liability company
- ☐ other officer (specify) ______________________________

- ☐ full-time employee who has experience in the operations of the artificial entity/public body and knowledge of the necessary facts and law relevant to the action before the Justice of the Peace Court

- ☐ Manager who is responsible for the management of the rental property at issue in the action before the Court

**EXECUTED BY:**______________________________
Named Representative

SWORN TO AND SUBSCRIBED before me this __________ day of______________________A.D. 20_____.

______________________________
Notary Public

# ARTIFICIAL ENTITY AND PUBLIC BODY *PRO SE* REPRESENTATION IN CIVIL ACTIONS IN THE JUSTICE OF THE PEACE COURT

➢ **What does Supreme Court Rule 57 do?** Rule 57 allows artificial entities or public bodies to file or defend a case and to appear in Justice of the Peace Court without being represented by a duly licensed Delaware attorney. For all purposes related to that representation, the representative is given a temporary and limited right to appear in JP Court for the entity.

➢ **How do I know if I am an artificial entity or public body and can appear in the Justice of the Peace Court without an attorney under Rule 57?** Under Supreme Court Rule 57, an **artificial entity** means any **corporation** incorporated in Delaware or doing business in Delaware pursuant to the provisions of 8 *Del.C.* §371 or the exceptions thereto contained in 8 *Del. C.* §373, any **limited liability company** defined under the provisions of 6 *Del. C.* §18-101, any **partnership** or **limited partnership** as defined in 6 *Del. C.*§15-101(11) et seq., any **trust** as defined in 12 *Del. C.* §3501 et seq., any **estate** as defined in 12 *Del. C.* §1501 et seq., or other entity which has filed a certificate in the office of the Prothonotary in the County in which it does business designating a tradename or title pursuant to 6 *Del. C.* §3101. **Public body** means any regulatory, administrative, executive, or legislative body of the State or of any political subdivision of the State, including, but not limited to, any board, bureau, commission, department, division, district, agency, authority, or any municipal or county government. **IF YOUR ORGANIZATION DOES NOT FALL UNDER ONE OF THESE CATEGORIES, YOU MAY NOT TAKE ADVANTAGE OF RULE 57 PROVISIONS.** For example, if Joe Jones is a sole proprietor doing business as "Joe Jones Restaurant", Joe Jones must appear himself (or have an attorney represent him) in Justice of the Peace court cases unless he either establishes a corporation, partnership, limited liability company, and/or registers his tradename in the office of the Prothonotary at the Superior Court of the county in which his business is located, and then files a Form 50 along with the annual fee, in the Chief Magistrate's office.

➢ **How can artificial entities or public bodies take advantage of Rule 57?** MOST IMPORTANTLY, J.P. CIV. FORM NO. 50 MUST BE COMPLETED, NOTARIZED AND FORWARDED TO THE CHIEF MAGISTRATE, 5 EAST PINE STREET, GEORGETOWN, DELAWARE 19947, ALONG WITH THE $20.00 ANNUAL REGISTRATION FEE. EFILERS ARE REQUIRED TO SUBMIT FORM 50 APPLICATIONS VIA EFILING TO THE CHIEF MAGISTRATE'S OFFICE EFILING LOCATION. The certificate must be signed by an officer of the artificial entity or public body (the definition of "officer" for Rule 57 is explained below) and the representative (see below), in the presence of a notary public. A $20.00 annual registration fee must be sent with the **original** Form 50 to the Chief Magistrate's office. A check or money order must be made payable to the **State of Delaware**. Please call prior to any in-person visit to verify availability. (302-856-5871) *PLEASE BE SURE TO KEEP A COPY OF THE COMPLETED AND APPROVED FORM 50 FOR YOUR RECORDS*, and a clocked-in copy with you every time you are in Court.

➢ **Does Rule 57 allow an entity to appear without an attorney in all Delaware Courts?** **NO**. Provisions of Supreme Court Rule 57 only allow an artificial entity to appear without representation by an attorney in the **Justice of the Peace Court.** If a case is appealed to the Court of Common Pleas, artificial entities must be represented by an attorney in that court and other Delaware courts.

➢ **Who can sign the Form 50 certifying the named representative for the artificial entity?** The Form 50 must be signed by an **officer** of the artificial entity or public body. To sign as an **officer** under Rule 57, a person must be one of the following: the chief executive; operating, financial, legal or accounting officer of an artificial entity or public body; chair of the governing board, president, treasurer, secretary, vice-president, vice-chair, assistant secretary, assistant treasurer, superintendent, or **other person who performs a major policy making function for the artificial entity or public body**; trustee of a trust; executor or administrator of an estate; general partner of a limited or general partnership; manager or member of a limited liability company; or any other individual designated as an officer by the artificial entity or public body. By signing the form, the

officer is **certifying under oath** that the named representative has not been disbarred from, or is not currently under suspension or probation with respect to the practice of law in any State or jurisdiction within the United States; has not been convicted of a felony or crime involving dishonesty or false statement in the ten year period prior to the appearance of the representative in the Court; has not been determined to have engaged in the unauthorized practice of law in this or any other jurisdiction; has not had any prior certification revoked by the Chief Magistrate; and that it is not an employee's primary duty to prosecute or defend Justice of the Peace Court civil actions. **The officer who signed the form has the continuing responsibility to notify the Chief Magistrate's office and the Justice of the Peace Court in which the artificial entity or public body has a case pending of any material change in circumstances affecting the certificate.** This notification must occur within a reasonable time and at least one week prior to any appearance in a Justice of the Peace Court of the officer or employee involved.

➢ **Who can serve as a representative for an artificial entity or public body?** An **officer** as defined in Rule 57 may serve as a **representative** of an artificial entity or public body. In addition, a full-time **employee** who has experience in the operations of the artificial entity or public body and has knowledge of the necessary facts and law relevant to the case before the Justice of the Peace Court, a uniformed officer bringing action on behalf of a public entity to recover a civil penalty pursuant to 21 *Del. C.* §4101, §4802, or any subsequent civil penalty enacted by the legislature over which the Justice of the Peace Court is granted jurisdiction, or a manager who is responsible for the management of the property at issue in a case before the JP Court may also represent the entity or public body. **A separate form must be filed for each representative.**

➢ **How often does the Form 50 certificate need to be filed? Form 50 certificates must be renewed annually by filing a new Form 50, along with the $20.00 fee, with the Chief Magistrate's office on or before January 15th of each year.** To be considered a renewal for the next year, the new Form 50 cannot be filed with the Chief Magistrate's office before December 15th (one month prior to the January 15th date). Certifications accepted on or after December 15th of each year are valid for the remainder of the certification term and also serve as renewal for the one-year period following January 14th, unless terminated or revoked. The Chief Magistrate may **revoke** a certification at the Chief Magistrate's discretion, upon review of a certificate or upon recommendation of a Justice of the Peace. ***The ability of a non-lawyer to represent an artificial entity or public body in the Justice of the Peace Court is a privilege, not a right.*** Certificates containing false or fraudulent information shall be forwarded by the Chief Magistrate to the Department of Justice for prosecution or other action and to the Board on the Unauthorized Practice of Law, and representatives and officers signing the Form 50 may be sanctioned under J.P. Rules for inappropriate actions.

➢ **What should an artificial entity do if the named representative leaves?** When an officer or employee who has been certified to represent an artificial entity or public body leaves the employ of that entity, the entity must notify the Justice of the Peace Court location in which an action is pending and the Chief Magistrate's office **in writing immediately upon the termination of the officer or employee.**

➢ **Where can I obtain information on becoming an eFiler?** Information on becoming an eFiler in the Justice of the Peace Court can be found at https://courts.delaware.gov/efiling/.

THE FORM 50 AGENT MUST SUBMIT THE APPROVED FORM 50 WITH ALL FILINGS AND BRING A COPY OF THE APPROVED FORM 50 TO EVERY COURT APPEARANCE.